UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2441

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −10)

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 106 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 2 sheet(s) of the electronic record filed on _____, in the United States District Court for the District of Minnesota.
CERTIFIED, 8/14, 2013.
RICHARD D. SLETTEN
BY: _____
      Deputy Clerk

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION                                                                 MDL No. 2441

## SCHEDULE CTO-10 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 13-00440 | Cox v. Howmedica Osteonics Corporation et al | 13cv2194 DWF/FLN |
| ILLINOIS CENTRAL | | | | |
| ILC | 1 | 13-01275 | Olson v. STRYKER CORPORATION, Individually and d/b/a Howmedica Osteonics Corporation and d/b/a Stryker Orthopaedics | 13cv2195 DWF/FLN |
| RHODE ISLAND | | | | |
| RI | 1 | 13-00508 | Lewis v. Howmedica Osteonics Corporation | 13cv2196 DWF/FLN |